UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
EOH 4375
Attorneys for Petitioners

| | |
|---|---|
| NEW JERSEY CARPENTERS FUNDS; NEW JERSEY REGIONAL COUNCIL OF CARPENTERS; and ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN, P.C. : : : : Petitioners, : : v. : : ARTISAN CONSTRUCTION : Respondents. : : : | HON. JOSE L. LINARES CIVIL ACTION NO. 08-2840 **ORDER** |

The above application for special appointment to serve process is GRANTED.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Federal Rule of Civil Procedure 4(G) filed with the Clerk together with the original process.

IT IS FURTHER ORDERED that entry hereof implies no ruling of the validity of such service.

Dated: 9\9\08                              *[signature]*
                                           DEPUTY CLERK

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

555_2.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
EOH 4375
Attorneys for Petitioners

| | |
|---|---|
| NEW JERSEY CARPENTERS FUNDS; NEW JERSEY REGIONAL COUNCIL OF CARPENTERS; and ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN, P.C. : : : : : | HON. JOSE L. LINARES<br>CIVIL ACTION NO. 08-2840 |
| Petitioners, : : v. : : ARTISAN CONSTRUCTION : : Respondents. : : : | **MOTION**<br>**FOR SPECIAL APPOINTMENT TO**<br>**SERVE PROCESS** |

MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS (General Rule 9C and FR. Civ. P. 4(c))

Application is hereby made for an Order appointing Edward H. O'Hare or his designee to serve the Writ of Execution in this action and it is represented that:

1. The person named is competent and is at least 19 years old.

2. The person named will not be a party to this action.

3. Substantial time and expense will be saved by not using the United States Marshall or his deputy for this purpose.

Dated: September 5, 2008

_____
Edward H. O'Hare

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW